IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

JORVY D URDANETA-RODRIGUEZ,                *

          Petitioner,                                   *

v.                                                                        Case No. 4:26-cv-114-CDL-CHW

                                             *

Warden, STEWART DETENTION CENTER,
*et al.,*                                                                *

          Respondents.                             *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated January 30, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Petitioner.

This 2nd day of February, 2026.

David W. Bunt, Clerk


s/ Elizabeth S. Long, Deputy Clerk